FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 05 2024

TAMMY H. DOWNS, CLERK
By: _____, DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:24CR 0002 JM |
| v. ) | |
| ) | 18 U.S.C. § 922(a)(6) |
| FANTASIA CHEERS ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about September 14, 2021, in the Eastern District of Arkansas, the defendant,

FANTASIA CHEERS,

in connection with the acquisition of one or more of the following firearms:

1. A Glock, 9mm pistol, bearing serial number BUFW018; and

2. A Glock, 9mm pistol, bearing serial number BUEZ149;

from United Pawnbrokers, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to United Pawnbrokers on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive United Pawnbrokers, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2

On or about September 17, 2021, in the Eastern District of Arkansas, the defendant,

FANTASIA CHEERS,

in connection with the acquisition of one or more of the following firearms:

1. A Glock, 9mm pistol, bearing serial number BUAP629; and
2. A Glock, .40 caliber pistol, bearing serial number BSYK959;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 3

On or about October 26, 2021, in the Eastern District of Arkansas, the defendant,

FANTASIA CHEERS,

in connection with the acquisition of a firearm, that is: a Century Arms, Draco, 7.62 x 39 caliber pistol, bearing serial number 21DG-1788, from Crazy Abe's Pawnshop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Crazy Abe's Pawnshop on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Crazy Abe's Pawnshop, as to a fact material to the lawfulness of such sale and transfer

of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1, 2, or 3 of this Indictment, the defendant, FANTASIA CHEERS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

☐ NO TRUE BILL.   ☑ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

MICHAEL GORDON
Assistant United States Attorney
TX Bar No. 00795363
REESE LANCASTER
Assistant United States Attorney
AR Bar No. 2017114
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
michael.gordon@usdoj.gov
reese.lancaster@usdoj.gov